**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 23-10742-JFW(RAOx)** | Date: January 16, 2024 |
| Title: | Las Vegas 26 Holdings, LLC -v- Churchill MRA Funding I, LLC, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED TO LOS ANGELES SUPERIOR COURT

      On April 27, 2023, Plaintiff Las Vegas 26 Holdings, LLC ("Plaintiff") filed a Complaint against multiple defendants in Los Angeles Superior Court, solely alleging state law causes of action. On July 7, 2023, Cross-Complainant Sunrise NPL, LLC ("Sunrise NPL") filed a Verified First Amended Cross-Complaint against multiple cross-defendants, including First Republic Bank. In the Cross-Complaint, the Eighth Cause of Action for Unjust Enrichment is asserted against "All Cross-Defendants," including First Republic Bank. On May 1, 2023, the California Department of Financial Protection and Innovation closed First Republic Bank and appointed the FDIC as Receiver. The FDIC accepted the appointment on May 1, 2023. On December 22, 2023, the FDIC in its capacity as Receiver for First Republic Bank ("FDIC-R") filed a Notice of Substitution as Receiver for First Republic Bank and a Notice of Removal, removing the action to this Court pursuant to 12 U.S.C. § 1819(b)(2)(B). Just three weeks later, on January 12, 2024, pursuant to the stipulation of Sunrise NPL and FDIC-R, FDIC-R was dismissed from this action.

      In light of FDIC-R's dismissal from this action, the Court orders the parties to show cause, in writing, on or before **January 22, 2024**, why this court should not decline to exercise supplemental jurisdiction over Plaintiff's remaining claims and remand this action to Los Angeles County Superior Court. No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the remand of this action to Los Angeles Superior Court.

      IT IS SO ORDERED.