Jeffre T. Lowe (SBN: 147716)
**LAW OFFICES OF BENJAMIN DONEL & ASSOCIATES, APC**
6125 Washington Blvd, Third Floor
Culver City, CA 90232
Telephone: (323) 200-9469
Email: jeffre@sunsetequitygroup.com

Attorneys for Plaintiff, Las Vegas 16 Holdings, LLC, and Cross-Defendants, Easy Financial, LLC, Las Vegas 26 Holdings, LLC, and Benjamin Donel, an individual.

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAS VEGAS 26 HOLDINGS, LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> CHURCHILL MRA FUNDING I, LLC, a Delaware Limited Liability Company; SUNRISE NPL, LLC, a Delaware Limited Liability Company; JUSTIN EHRLICH, an individual; SORABH MAHESHWARI, an individual; DERRICK LAND, an individual; TRAVIS MASTERS, an individual; LUKE ALEXANDER WARE, an individual; and DOES 1 to 25, Inclusive. <br><br> Defendants. | Case No.: 2:23-CV-10742-JFW-RAO <br><br> **[~~PROPOSED~~] ORDER GRANTING STIPULATED DISCOVERY PROTECTIVE ORDER** <br><br> Assigned for all Purposes to Hon. John F. Walter <br><br> Action Filed:  April 27, 2023 <br> Action Removed:  December 22, 2023 <br> Trial Date:  December 3, 2024 |
| SUNRISE NPL, LLC, a Delaware limited liability company, <br><br> Cross-Complainant, <br><br> v. <br><br> EASY FINANCIAL LLC, a Nevada limited liability company; HOLY HUTTON LLC, a Colorado limited liability company; First Republic Bank, a California corporation; LAS VEGAS 26 HOLDINGS, LLC, a Delaware limited liability company; BENJAMIN DONEL, an individual; and ROES 1-50, inclusive, <br><br> Cross-Defendants. | |

---

1

[PROPOSED] ORDER GRANTING DISCOVERY PROTECTIVE ORDER

The Court having read and considered the parties Stipulation For Protective Order regarding confidential discovery, hereby makes the following order.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: __4/12/24__

_____
HON. ROZELLA A. OLIVER
Magistrate Judge of The United States
District Court

**2**
**[PROPOSED] ORDER GRANTING DISCOVERY PROTECTIVE ORDER**