**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 23-10742-JFW(SSCx)** | Date: August 8, 2024 |
| Title: | Las Vegas 26 Holdings, LLC -v- Churchill MRA Funding I, LLC, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE TRANSFERRED OR STAYED**

In light of the related pending action in the United States District Court for the Southern District of New York (Case No. 1:23-CV-02948-GHW-SLC), the Court orders the parties to show cause, in writing, on or before **August 12, 2024**, why this action should not be transferred to the Southern District of New York or stayed pending the resolution of those proceedings.

No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the transfer or stay of this action.

IT IS SO ORDERED.